Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| HERNAN PINEDA (AND WIFE, SARITO PINEDA), | 07-CV-5376-AKH |
| Plaintiffs, | **NOTICE OF ADOPTION OF ANSWER** |
| - against - | **TO MASTER COMPLAINT BY MERRILL LYNCH** |
| ALAN KASMAN DBA KASCO, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-266789v01

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 14, 2007

                                DICKSTEIN SHAPIRO LLP

                    By: /s/ Judith R. Cohen_____
                         Robert J. Higgins (RH-6477)
                         Judith R. Cohen (JC-8614)
                         Kenneth H. Frenchman (KF-3635)
                         1177 Avenue of the Americas
                         New York, New York 10036
                         Phone: (212) 277-6500
                         Fax: (212) 277-6501
                         *Attorneys for Defendant*
                         MERRILL LYNCH & CO., INC.