UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE WORLD TRADE CENTER LOWER         : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
                                                               :
---------------------------------------------------------------X
HERNAN PINEDA (AND WIFE, SARITO        : 07-CV-5376-AKH
PINEDA),                                                  :
                                                               :
                        Plaintiff,                       : **APPEARANCE**
                                                               :
    - against -                                           :
                                                               :
ALAN KASMAN DBA KASCO, *et al.*,       : **ELECTRONICALLY FILED**
                                                               :
                        Defendants.                  :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York             DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                      By:    /s/ Judith R. Cohen
                                           Judith R. Cohen (JC-8614)
                                           1177 Avenue of the Americas
                                           New York, New York 10036
                                           Phone: (212) 277-6500
                                           Fax: (212) 277-6501
                                           *Attorney for Defendant*
                                           MERRILL LYNCH & CO., INC.

DOCSNY-271675v01