UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
IN RE: WORLD TRADE CENTER LOWER  :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                                   :  ELECTRONICALLY FILED
                                                                   :
------------------------------------------------------------------ x
HERNAN PINEDA (AND WIFE, SARITO      :
PINEDA),                                                              Case No.: 07CV05376 (AKH)
                                                                   :
        Plaintiff,                                 **NOTICE OF ADOPTION OF**
   v.                                                       :  **MASTER ANSWER BY**
                                                    **DEFENDANT JPMORGAN**
222 BROADWAY, LLC, ET. AL.,                   :  **CHASE BANK N.A.**

        Defendants.
------------------------------------------------------------------ x

PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated: New York, New York
       December 16, 2007

                                                 SATTERLEE STEPHENS BURKE & BURKE LLP

                                                 By: /s/James J. Coster_____
                                                        James J. Coster (JC-1431)

714253_1

          230 Park Avenue
          New York, New York 10169
          Tel.: (212) 818-9200
          Fax: (212) 818-9606
          Attorneys for Defendant
          JPMorgan Chase Bank N.A.

TO: Gregory J. Cannata, Esq.
   Law Office of Gregory J. Cannata
   233 Broadway
   New York, NY 10279

   Robert Grochow, Esq.
   Law Office of Robert Grochow
   233 Broadway
   New York, NY 10279

   Christopher LoPalo, Esq.
   Worby Groner Edelman Napoli and Bern
   115 Broadway, 12th Floor
   New York, New York 10006